Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax: 707-576-18782681

Email: evanlivingstone@sbcglobal.net

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re **Tamie M Lamoreaux / David R Lamoreaux**, Debtor(s)

Case No. **09-11012**
Chapter **13**

**NOTICE AND OPPORTUNITY FOR HEARING ON DEBTOR'S MOTION
FOR ORDER VALUING 2ND AND 3RD LIENS OF BANK OF AMERICA AS $0**

To Secured Creditor **BANK OF AMERICA**.

Take Notice – **this is a Scream or Die Procedure**. Debtor(s) is giving you Notice that you have an Opportunity for a hearing on Debtor's attached motion to value the second and third liens you hold on Debtor's real property at zero dollars ($0), and for an order that the Liens may not be enforced, and for an order permanently stripping the Liens from Debtor's real property should Debtors receive a Discharge upon completing their Chapter 13 plan payments.:

This scream or die procedure is prescribed by Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California. Under this procedure <u>any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 20 days of mailing of the notice;</u>

A request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

NOTICE AND OPPORTUNITY FOR HEARING ON DEBTOR'S MOTION FOR ORDER – Page 1

1   <u>If you do not file a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default;</u>

2   Debtor will give at least 10 days written notice of a hearing to the objecting or requesting party, and to the trustee appointed in the case, in the event an objection or request for hearing is timely.

Date: Saturday, July 11, 2009          BECK LAW P.C.

by *Evan Livingstone* _____

Evan Livingstone
Attorneys for Debtor

Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax: 707-576-18782681

Email: evanlivingstone@sbcglobal.net

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re **Tamie M Lamoreaux / David R Lamoreaux**, Debtor(s)

Case No. 09-11012
Chapter 13

### CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2009, a copy of above **NOTICE AND OPPORTUNITY FOR HEARING ON DEBTOR'S MOTION FOR ORDER VALUING SECOND AND THIRD LIENS OF BANK OF AMERICA AS $0** as well as a copy of Debtors **MOTION TO VALUE 2ND AND 3RD LIENS OF BANK OF AMERICA AT $0**, along with a was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

MARISOL A. NAGATA
BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
917 S. VILLAGE OAKS DRIVE SUITE 200
COVINA, CA 91724

-

/s/ Evan Martyndale Livingstone
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax: 707-576-18782681