# United States Bankruptcy Court
## Northern District of California

In re: Tamie M Lamoreaux, David R Lamoreaux, Debtor(s)

Case No. 09-11012
Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on **July 11, 2009**, a copy of Debtor's Amended Chapter 13 Plan was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Bank of America through their lawyers Barrett Daffin Frappier Treder & Weiss, LLP**

/s/ Daniel B. Beck
Daniel B. Beck 63865
Beck Law, P.C.
2681 Cleveland Avenue
Santa Rosa, CA 95403
707-576-7175 Fax:707-576-1878

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy