DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500  FAX (707)  544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br>    TAMIE M. and DAVID R. LAMOREAUX<br>    1176 LONDON WAY<br>    NAPA, CA 94559<br><br>    ###-##-6093  ###-##-8679<br>                    Debtor(s). | Case No.: 09-1-1012 AJ13<br>Chapter 13<br><br>*FIRST AMENDED* NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES |

**CONFIRMATION HEARING:**
Date:     08/172009
Time:     1:30 PM
Place:    United States Bankruptcy Court
          99 South E Street
          Santa Rosa, CA   95404

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, cannot recommend Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. The debtors' plan does not meet the requirements of 11 U.S.C.§1325(d), as the plan payment is insufficient to pay all secured, priority and administrative claims, and therefore, the plan is not feasible.  The Trustee requests that debtors' counsel amend the plan to provide for these claims.

2. Countrywide is listed in Section 2 of the plan to receive an adequate protection payment in the amount of $1,000.00. Section 2 of the plan is specifically designated for debts secured by **personal property**, and this creditor is clearly secured by **real property**. The Trustee requests that debtors' counsel amend the plan and remove this creditor from Section 2.

3. Section 11 of the plan indicates the liens held on the real property by Bank of America shall be voided.  The Trustee requests that debtors' Notice and Motions to Avoid Liens are filed and resolved prior to confirmation.

4. The Trustee is in receipt of various payment advices that appear to be incomplete.  The Trustee requests that debtors provide all payment advices received in the last six months prior to the filing of the Bankruptcy (October 2008 through March 2009), or, in the alternative, a debtors' declaration that details why these payment advices cannot be provided.

5. The first amended plan provides for sale or refinance of real property in either 48 or 60 months. 48 or 60 months is vague and ambiguous. Additionally, the Trustee believes this is an unreasonable period of time in which to sell or refinance, and therefore, requests that debtors' counsel amend the plan to provide for sale or refinance within 24 months.

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case, Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations.

Dated: August 7, 2009                               DAVID BURCHARD
                                                                    DAVID BURCHARD, Chapter 13 Trustee

Certificate of Mailing

I, WENDY KARNES, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

TAMIE M. and DAVID R. LAMOREAUX  
1176 LONDON WAY  
NAPA, CA 94559  

DANIEL B. BECK  
BECK LAW, P.C.  
2681 CLEVELAND AVE.  
SANTA ROSA, CA 95403  

United States Trustee  
235 Pine Street, Suite 700  
San Francisco, CA 94104  

Dated: August 7, 2009                               WENDY KARNES  
                                                                      WENDY KARNES  
                                                                      Case Analyst for David Burchard, Trustee