Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax: 707-576-18782681

Email: evanlivingstone@sbcglobal.net

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re **Tamie M Lamoreaux / David R Lamoreaux**, Debtor(s)

Case No. **09-11012**
Chapter **13**

**Hearing Date: November 16, 2009, 1:30 PM**
**Hearing Location: Santa Rosa, CA:**

### NOTICE OF HEARING OPPORTUNITY FOR HEARING ON DEBTOR'S MOTION FOR ORDER VALUING 2ND AND 3RD LIENS OF BANK OF AMERICA AS $0

To Secured Creditor **BANK OF AMERICA**.

Please Take Notice – **A hearing on the above motion will be held at the above time.**

If you do not appear the court may grant debtors motion.

Date: October 27, 2009          BECK LAW P.C.


                                by  _/s/ Dan Beck_____

                                Dan Beck
                                Attorneys for Debtor

NOTICE OF HEARING ON DEBTOR'S MOTION FOR ORDER – Page 1
Case: 09-11012   Doc# 22   Filed: 10/27/09   Entered: 10/27/09 12:01:20   Page 1 of 2

| | |
|---|---|
| 1 | Daniel B. Beck, SBN 63865 |
| | Evan Livingstone, SBN 252008 |
| 2 | Beck Law P.C. |
| | 2681 Cleveland Avenue |
| 3 | Santa Rosa CA 95403 |
| | Phone: 707-576-7175 |
| 4 | Fax: 707-576-18782681 |
| 5 | Email: evanlivingstone@sbcglobal.net |
| 6 | Attorneys for Debtors |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re **Tamie M Lamoreaux / David R Lamoreaux**
Debtor(s)

Case No. **09-11012**
Chapter **13**

### CERTIFICATE OF SERVICE

I hereby certify that on **October 27, 2009**, a copy of above **NOTICE OF HEARING ON DEBTOR'S MOTION FOR ORDER VALUING SECOND AND THIRD LIENS OF BANK OF AMERICA AS $0** as well as a copy of Debtors **MOTION TO VALUE 2ND AND 3RD LIENS OF BANK OF AMERICA AT $0**, along with a was served by certified mail to:

Kenneth D. Lewis
CEO and President
100 North Tryon St.
Charlotte, NC 28202

And by email to the attorney listed below and the Trustee.

DARLENE C. VIGIL
State Bar No. 223442
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
917 S. Village Oaks Drive, Suite 200
Covina, California 91724
edcaecf@bdftw.com

                                                                      **/s/ Evan Martyndale Livingstone**
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax: 707-576-18782681

CERTIFICATE OF SERVICE OF NOTICE OF HEARING ON MOTION