DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
TELEPHONE (650) 345-7801
TELEPHONE (707) 544-5500

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:

TAMIE M. and DAVID R. LAMOREAUX

       Debtor(s)

Case No.:  09-1-1012 AJ13

## <u>ORDER CONFIRMING CHAPTER 13 PLAN</u>

    After a hearing on, January 4, 2010, and it appearing that the Chapter 13 Amended Plan in this case meets the requirements of  § 1325(a) of the Bankruptcy Code,

    **IT IS ORDERED** that the Amended Plan dated November 6, 2009 is confirmed.

    **PROVIDED HOWEVER,** that notwithstanding anything to the contrary in said plan:

  1. Any provision of the plan purporting to discharge a debt is not approved.  No debt subject to exception from discharge pursuant to § 523 of the Bankruptcy Code shall be adjudicated to be discharged or not discharged except in an adversary proceeding.

  2. No lien on real property shall be removed, avoided or extinguished except by adversary proceeding pursuant to FRB 7001(2) or contested matter pursuant to FRB 3012.

  3. With the sole exception of the valuation of a claim secured by personal property, a proof of claim shall supercede any plan provision purporting to limit or disallow a claim.

Dated:  January 13, 2010

                _____

                Honorable Alan Jaroslovsky
                U.S. Bankruptcy Judge

-1-