Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax: 707-576-1878

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 09-11012 |
| Tammie M Lamoreaux and David R Lamoreaux | Chapter 13 |
| | Date: January 26, 2010 |
| Debtor(s) | Time: 1:30 PM |
| _____/ | Place: Santa Rosa, CA |

MOTION TO MODIFY CONFIRMED PLAN

TO THE CHAPTER 13 TRUSTEE, ALL CREDITORS AND PARTIES IN INTEREST:

Debtor moves this Honorable Court to enter an order modifying his Chapter 13 Plan. In support hereof, Debtor shows as follows:

1. This case was filed on April 14, 2009.. The Amended Chapter 13 Plan dated November 6, 2009 ("the Plan"), was confirmed by the court on January 13, 2010.

2. The Plan provided for adequate payments in the amount of $1,000 a month to be paid to the senior lienholder on Debtor's property in Arizona.

3. On November 11, 2010, Debtor filed a Modified Chapter 13 Plan of November 11, 2010 ("Modified Plan"), which states that Debtor is surrendering her property in Arizona.

4. Debtor wishes to continue in Chapter 13 for the purpose of paying other creditors, and having the junior liens on her residence permanently stripped and avoided.

5. On December 14, 2009, the Chapter 13 Trustee filed a Motion to Dismiss based on delinquent Plan payments. This motion is intended as an acknowledgment that payments are in default per Debtor's confirmed plan, and Debtor's intent to cure the default with a modified plan.

6. The claims of unsecured creditors may be adversely affected by the Modified Plan and they have all been serviced with the proposed Modified Plan.

7. The Modified Plan has been proposed in good faith, and complies with 11 U.S.C §§ 1322, 1323, and 1325.

WHEREFORE, Debtor prays that an order be entered approving and confirming the Debtor's Modified Chapter 13 Plan of November 11, 2010.

Date: January 3, 2011 ` /s/Dan Beck
Dan Beck
Attorney for Debtor