DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

TAMIE M. and DAVID R. LAMOREAUX
1176 LONDON WAY
NAPA, CA 94559

SSN #1: ###-##-6093
SSN #2: ###-##-8679

Debtor(s)

Chapter 13
Case No: 09-1-1012 AJ13

OBJECTION TO MODIFICATION OF PLAN AND TRUSTEE'S REQUEST FOR HEARING

David Burchard, Chapter 13 Trustee in the above-entitled matter, hereby objects to the Application To Modify Chapter 13 Plan; dated January 03, 2011; for the following reasons.

The Trustee request the debtor provide amended schedules I & J, a signed copy of 2009 Federal Income Tax Returns and payroll statements for the last three months to substantiate the decrease in plan payments.

The Trustee requests a hearing date to be set.

DATED: January 24, 2011

DAVID BURCHARD
DAVID BURCHARD
Chapter 13 Trustee
United States Bankruptcy Court
Northern District of California
San Francisco/Santa Rosa Divisions

CERTIFICATE OF MAILING

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a true and correct copy of the above Chapter 13 Trustee's Objection To Modification of Plan And Trustee's Request For Hearing, and this **Certificate of Mailing** on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: January 24, 2011

LIZ WHIGHAM

LIZ WHIGHAM

TAMIE M. and DAVID R. LAMOREAUX
1176 LONDON WAY
NAPA, CA 94559

DANIEL B. BECK
BECK LAW, P.C.
2681 CLEVELAND AVE.
SANTA ROSA, CA 95403

United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104