DAVID BURCHARD
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>TAMIE M. and DAVID R. LAMOREAUX<br>SSN #1:  ###-##-6093<br>SSN #2:  ###-##-8679<br><br>Debtor(s) | Chapter 13<br>Case No: 09-1-1012 AJ13<br><br>WITHDRAWAL OF OBJECTION<br>TO MODIFICATION OF PLAN AND<br>TRUSTEE'S REQUEST FOR HEARING |

David Burchard, Chapter 13 Standing Trustee in the above-entitled matter, hereby withdraws his Objection to Modification of Plan and Trustee's Request for Hearing; filed January 24, 2011.

DATED:    June 6, 2011

DAVID BURCHARD
DAVID BURCHARD
Chapter 13 Trustee
United States Bankruptcy Court
Northern District of California
San Francisco/Santa Rosa Divisions

CERTIFICATE OF MAILING

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a true and correct copy of the above Chapter 13 Trustee's Withdrawal of Objection to Modification of Plan and Trustee's Request for Hearing, and this Certificate of Mailing on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  June 6, 2011

LIZ WHIGHAM
LIZ WHIGHAM

TAMIE M. and DAVID R. LAMOREAUX
1176 LONDON WAY
NAPA, CA 94559

DANIEL B. BECK
BECK LAW, P.C.
2681 CLEVELAND AVE.
SANTA ROSA, CA 95403